## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TAVARIS LAMON BODY,** | : | |
| **Petitioner,** | : | |
| **vs.** | : | **CIVIL ACTION NO. 12-0483-CG-C** |
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION NO. 10-0232-CG** |
| **Respondent.** | : | |

## ORDER

After due and proper consideration of all issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 17, 2013, is **ADOPTED** as the opinion of this Court.

**DONE** this 6th day of June, 2013.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE