# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **TAVARIS LAMON BODY,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION NO. 12-0483-CG-C** |
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION NO. 10-0232-CG** |
| Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's rights were not violated in this cause and that his request to vacate, set aside or correct his sentence (Doc. 88; *see also* Doc. 93) is hereby, **DENIED**. Body is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE and ORDERED** this 6th day of June, 2013.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE